IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR TO NATIONAL CITY BANK, AS LENDER AND AS AGENT FOR LENDERS | : : : : : : : : : | CIVIL ACTION NO. 11-7770 |
| v. | | |
| DANIEL KANAAN | | |

**O R D E R**

**AND NOW**, this ___21st___ day of ___May___, 2012, upon consideration of Defendant Daniel Kanaan's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction and for Improper Venue, or in the Alternative, to Transfer Venue (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**